UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH EDWARD BOVIN BELSKIS, | : | |
| Petitioner, | : | Civ. No. 19-8669 (RBK) |
| v. | : | |
| UNIT TEAM, et al., | : | **MEMORANDUM AND ORDER** |
| Respondents. | : | |

Petitioner, Joseph Edward Bovin Belskis ("Petitioner" or "Belskis"), is a former federal prisoner who is proceeding with a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 27, 2020, this Court denied Petitioner's habeas petition without prejudice to any right Petitioner may have to bring a civil rights complaint. (*See* ECF 10 & 11). Petitioner is now proceeding with a civil complaint in this Court. (*See* Civ. No. 21-10322). Presently pending before this Court, however, is Petitioner's motion to reopen this habeas action as well as a motion for the appointment of pro bono counsel in this habeas action. (*See* ECF 12 & 13). The Clerk will be ordered to reopen this case so that these motions can be analyzed. For the following reasons, both motions are denied.

Petitioner's motions are identical to what he previously filed in this Court. Indeed, each are dated from 2019 when this habeas case was open and ongoing. As this Court noted though in its January 27, 2020 opinion and order, this Court lacks jurisdiction to consider the matters that Petitioner is raising in this *habeas action*. However, Petitioner can, and in fact is, proceeding with a civil complaint related to the medical care (or lack thereof) he received while incarcerated at F.C.I. Fort Dix. (*See* Civ. No. 21-10322). Accordingly, for the reasons discussed in this

Court's January 27, 2020 opinion why Petitioner proceeding in a *habeas action* on his claims is improper, Plaintiff's motions to reopen and for pro bono counsel in this habeas action are denied.

Therefore, IT IS on this 22nd day of August, 2022,

ORDERED that the Clerk shall reopen this case so that Petitioner's pending motions (ECF 12 & 13) can be analyzed; and it is further

ORDERED that Petitioner's motion to reopen and for the appointment of pro bono counsel (ECF 12 & 13) are denied; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail; and it is further

ORDERED that the Clerk shall reclose this case.

                    s/ Robert B. Kugler
                    ROBERT B. KUGLER
                    United States District Judge